■ In the Matter of the Arbitration between ETHEL McDANIEL et al., Appellants, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION et al., Respondents. In the Matter of the Arbitration between ETHEL McDANIEL et al.,

Appellants, and HARTFORD INSURANCE COMPANY et al., Respondents.— Order, Supreme Court, New York County, entered on June 17, 1971, so far as appealed from, unanimously affirmed, without costs and without disbursements, and without prejudice to claimants seeking such relief as against Empire Mutual Insurance Company as they may be advised to pursue. Concur— Nunez, J. P., Kupferman, Steuer, Tilzer and Capozzoli, JJ.